JS-6

**FILED**
CLERK, U.S. DISTRICT COURT

5/9/2016

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ CW _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY DWAYNE LUGO, <br><br> Petitioner, <br><br> v. <br><br> NEIL McDOWELL, Warden, <br><br> Respondent. | Case No. CV 14-2572 JFW (RAO) <br><br><br> **JUDGMENT** |

Pursuant to the Court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: May 9, 2016

_____
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE